

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| DWAYNE RODNEY WOODRUFF, | § | No. 08-19-00141-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D02504) |
| | § | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **December 28, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Eduardo Solis, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before December 28, 2019.

IT IS SO ORDERED this 27th day of November, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez, and Palafox, JJ.